**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 97-6953**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HAROLD GREEN MCKINNON,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (CR-91-56-BR, CA-96-423-5-BR)

―――――――――――

Submitted:  April 29, 1998           Decided:  May 13, 1998

―――――――――――

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

James B. Craven, III, Durham, North Carolina, for Appellant.  John Eric Evenson, II, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order granting in part and denying in part his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion vacating Appellant's sentence under 18 U.S.C. § 924(c) (1994), and resentencing him on his drug conviction, and we find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. McKinnon, Nos. CR-91-56-BR; CA-96-423-5-BR (E.D.N.C. July 3, 1997).

Appellant's counsel has moved to withdraw. We deny the motion at this juncture. We also deny McKinnon's motion for appointment of counsel. This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, counsel may then move in this court for leave to withdraw. Counsel's motion must state that a copy thereof was served on the client.

Finally, Appellant has filed a request in this court for an investigation of alleged misconduct by the prosecuting attorney. Appellant's allegations of misconduct were not raised in his § 2255 motion, so the allegations are not properly before us on appeal. See United States v. Bornstein, 977 F.2d 112, 115 (4th Cir. 1992). Further, this court is not the proper body for conducting an inves-

2

tigation. <u>See</u> 28 U.S.C. §§ 526, 535 (1994). Accordingly, we decline to address this matter.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

3